UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**        :

**v.**        :    **CASE NO. 3:02cr 7 (JBA)**

**WILFREDO PEREZ**        :

**ENDORSEMENT ORDER [DOC. #1381]**

       Government's request for enlargement of time of three extra days is GRANTED.

       IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 25, 2005