UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Civil No:     3:07CV335 (JBA) |
| v.                              : | Criminal No:  3:02CR 7  (JBA) |
| **JOSE ANTONIO PEREZ**          : | |

ORDER TO SHOW CAUSE

Upon the motion of Jose Antonio Perez, the respondent United States of America, is hereby ORDERED to show cause as to why the relief prayed for in the motion under 28 U.S.C. § 2255 to modify the judgment of conviction should not be granted.

The respondent United States of America, shall file its response by April 2, 2007. Petitioner Perez's response to government's filing shall be filed by April 23, 2007.

Dated at New Haven, Connecticut: March 22 ,2007

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge